FILED

10/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0518

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 22-0518



ROBERT A. BENNETT, JR.,

    Petitioner,

v.

JASON VALDEZ,

    Respondent.

OCT 0 4 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Robert A. Bennett, Jr. petitions this Court for habeas corpus relief, indicating illegal incarceration because he did not receive discovery of materials in his two pending criminal cases after asking his counsel and the prosecuting attorney for such delivery. He asserts that his right to a speedy trial and right to due process have both been violated. Bennett requests his immediate release from the Yellowstone County Detention Center and dismissal of the criminal cases.

We requested and reviewed the register of actions for Bennett's pending case. On May 7, 2021, the Yellowstone County District Court granted leave to the State to file its information and issued an arrest warrant with a $50,000 bond. Bennett was arrested in Gallatin County. The court arraigned him in July 2021. On January 3, 2022, the court issued an order, committing Bennett to the State Hospital for examination, and since then, it has held several trial status hearings. In June 2022, the court issued an order extending Bennett's commitment. Within the last month, the court has reset the jury trial twice.

Bennett is not entitled to release or dismissal of his cases in the District Court. Habeas corpus is not the remedy for Bennett's discovery request claim. Habeas corpus is not the remedy for alleged constitutional violations, such as speedy trial and due process. *Gates v. Missoula Cnty. Comm'rs*, 235 Mont. 261, 262, 766 P.2d 884, 884-85 (1988). His remedy would be an appeal of a final sentencing judgment. Section 46-20-104(1), MCA.

Bennett has not demonstrated that he is illegally incarcerated. Section 46-22-101(1), MCA.

Bennett should refrain from filing pleadings on his own behalf with this Court while he is represented by counsel in the District Court. M. R. App. P. 10(1)(c). Accordingly,

IT IS ORDERED that Bennett's Petition for a Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: Terry Halpin, Clerk of District Court, under Cause No. DC 21-629, for distribution of copies to the presiding District Court Judge and counsel of record there; counsel of record, and Robert A. Bennett, Jr. personally.

DATED this 4th day of October, 2022.

_____

_____

_____

_____

_____
Justices

2